IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**KELVIN FOUNTAIN**                                                  **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO. 5:16-CV-79-KS-MTP**

**BIG RIVER LUMBER COMPANY,
LLC, ANDREW MAGRUDER HAZLIP,
and EDWARD ALEX KIRKLAND**                            **DEFENDANTS**

# ORDER

On August 4, 2017, Defendants ("Movants") filed their Motion to Dismiss [29]. Plaintiff ("Respondent") has until on or before **August 18, 2017**, to respond to this motion. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4). If Movants wish to file a rebuttal, they may do so on or before **August 25, 2017**. Fed. R. Civ. P. 6(a), (d); L.U.Civ.R. 7(b)(4).

If either Movants or Respondent require an extension of time, they must file a motion for such prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Movants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Respondent's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If a party requires more pages to fully respond, they may seek leave to do file an excess of pages.

SO ORDERED AND ADJUDGED, on this, the __7th___ day of August, 2017.

                                                             ___s/Keith Starrett_____
                                                             KEITH STARRETT
                                                             UNITED STATES DISTRICT JUDGE